IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA FLEMING,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEARTLAND FAMILY SERVICE,<br><br>　　　　　　Defendant. | **8:20CV486**<br><br>**ORDER** |

This matter is before the Court on its own motion. The plaintiff submitted an unsigned proposed amended complaint to the Court. See Filing No. 10-1. For docket control purposes, and to correct this deficiency, the Court finds the plaintiff should file a signed amended complaint and the defendant's response time should be adjusted accordingly. Therefore,

IT IS ORDERED:

1. The plaintiff shall file a signed amended complaint within one week of the date of this order.

2. The defendant shall answer or otherwise respond to the plaintiff's amended complaint within 14 days thereafter.

Dated this 15th day of January, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1